**United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MN8 | E2413976 | Pearson | 3131 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 7-17-25 1524
Offense Charged ☒ CFR ☐ USC ☐ State Code: 38 CFR 1.218(b)(11)
Place of Offense: 1 Veterans Dr Minneapolis MN 55417, 4F Building #70
HAZMAT ☐

Offense Description: Factual Basis for Charge
Disorderly conduct

### DEFENDANT INFORMATION

Last Name: Fink
First: Carole
MI: F

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250 Forfeiture Amount
+ $30 Processing Fee
$ 280.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Refuse to sign

Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident